**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE:<br>EDDIE L. TORRENCE JR.<br>            Debtor(s), | CASE No: 11-35116-DOT<br>Chapter 13 |
| SELECT PORTFOLIO SERVICING, INC. AS<br>SERVICING AGENT FOR DLJ MORTGAGE<br>CAPITAL, INC.<br>            Movant,<br>   v.<br><br>EDDIE L. TORRENCE, JR.,<br>ROBERT E. HYMAN, Trustee,<br>            Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

A Motion for Relief from the automatic stay has been filed by the Movant shown above.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of this motion, you or your attorney must:

1.     File a written response with the Bankruptcy Court. Unless a written response is filed and served within fourteen (14) days, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it within the fourteen (14) day deadline stated above. You must also mail a copy to the persons listed below.

2.     Attend a hearing at the United States Bankruptcy Court, Courtroom 5100, 701 Broad Street, Richmond, VA 23219 on

**August 14, 2013 at 11:00 AM**

**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

File No.: VA-96000172-13

3.  A copy of any written response must also be mailed to the following persons:

   [ ]   Angela N. Watson, Esq.
         22375 Broderick Drive Suite 210
         Dulles, VA 20166

   [ ]   Robert E. Hyman, Trustee
         PO Box 1780
         Richmond, VA 23218-1780

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

   Copies of the foregoing notice have been mailed to all parties listed on the certificate of service on the Motion for Relief described herein.


Date: July 23, 2013                       /s/ Angela N. Watson
                                          Angela N. Watson, Esq. VSB: #72029
                                          Tawana Shephard, Esq. VSB: #35860
                                          Morris|Hardwick|Schneider, PLLC
                                          22375 Broderick Drive, Suite 210
                                          Dulles, Virginia 20166
                                          Ph: 703-330-3265 Fax 703-330-8315
                                          Email: anwatson@closingsource.net
                                          Attorney for Movant

File No.: VA-96000172-13