Assessor's/Tax ID No.
Recording Requested By:
RICHMOND MONROE GROUP

When Recorded Return To:

SUNTRUST PROJECT
RICHMOND MONROE GROUP
82 JIM LINEGAR LN
BRANSON WEST, MO 65737

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

Chesterfield, Virginia                                 "TORRENCE"

Assignor: SUNTRUST MORTGAGE, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT at C/O SELECT PORTFOLIO SERVICING 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.
Assignee: DLJ MORTGAGE CAPITAL, INC. at 11 MADISON AVENUE 4TH FLOOR, NEW YORK, NY 10010-3629.

Executed By: EDDIE L TORRENCE, MARRIED To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR SUNTRUST MORTGAGE, INC.
Trustee: JACKIE MILLER Date of Deed of Trust: 02/25/2009 Recorded: 02/26/2009 in Book/Reel/Liber: 8605 Page/Folio: 0027 as Instrument No.: 7556 In Chesterfield, Virginia.

Assessor's/Tax ID No. 737710529000000

Property Address: 12001 OLD BUCKINGHAM RD, MIDLOTHIAN, VA 23113

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust together with other evidence of indebtedness, said Deed of Trust having an original principal sum of $186,049.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

SUNTRUST MORTGAGE, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT
On 01-10-2013

By: _____
BILL KOCH, DOCUMENT CONTROL OFFICER

STATE OF UTAH
COUNTY OF SALT LAKE

On 01-10-2013, before me, KYLE J STERNER, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BILL KOCH, DOCUMENT CONTROL OFFICER, SUNTRUST MORTGAGE, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
KYLE J STERNER
Notary Expires: 09/24/2016 #659205

KYLE J. STERNER
Notary Public State of Utah
My Commission Expires on:
September 24, 2016
Comm. Number: 659205

(This area for notarial seal)

Prepared By: BILL KOCH, SELECT PORTFOLIO SERVICING, INC. 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115 801-313-2242