UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Eddie L. Torrence, Jr.      Case No. 11-35116
12001 Old Buckingham Road     Chapter 13
Midlothian, VA 23113     Trustee: Suzanne E. Wade
Last four digits of SSN: xxx-xx-6403

## MOTION FOR MORTGAGE LOAN MODIFICATION
## BY CHAPTER 13 DEBTOR AFTER CONFIRMATION

COMES NOW the Debtor, Eddie L. Torrence, Jr., by counsel and respectfully makes Motion for Authority to enter into a mortgage loan modification after confirmation pursuant to 11 U.S.C. §§ 364(a) and 1304(b), Federal Rules of Bankruptcy Procedure 4001(c) and 9014, and Local Rule 6004-4. In support of his motion the Debtor states as follows:

1. Eddie L. Torrence, Jr. (the "Debtor") commenced this case on August 8, 2011 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

1. The Debtor's Chapter 13 plan has been confirmed.

2. The Debtor owns the real estate situated in Chesterfield, Virginia known as 12001 Old Buckingham Road, Midlothian, VA 23113 (the "Real Property") by way of Deed. The legal description of the Real Property is as follows:

> ALL that certain lot, piece or parcel of land, with all improvements thereon and appurtenances thereto belonging, lying and being in the County of Chesterfield, Virginia, and shown and designated as Lot 6, Block A, Section C-2, on Subdivision Plat of Olde Coach Village, recorded in the Clerk's Office, Circuit Court of Chesterfield County, Virginia, in Plat Book 22, pages 22 and 23, to which plat reference is hereby made for a more particular description of the property.
>
> BEING the same real estate conveyed to Larry C. Powers and Robert L. Johnson, as tenants in common, by Deed from Clyde M. Fowler, divorced and not remarried and Ruby M. Fowler, divorced and not remarried, dated May 30, 2007, recorded September 14, 2007 in Deed Book 7997, Page 220, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia.

3. The Debtor has been approved for a loan modification with Select Portfolio Servicing.

4. Upon information and belief, the Real Property is encumbered by a lien in favor of Select Portfolio Servicing, and the present unpaid principal balance according to the offered modification agreement is approximately $193,284.06

5. The loan modification will include the terms below or more favorable to the Debtor:

|  | **Effective Date** | **Principal Balance** | **Interest Rate** | **Monthly P&I Payment** | **Maturity Date of Loan** |
| --- | --- | --- | --- | --- | --- |
| Before Modification | 4/1/09 | 186,049.00 | 5.0% | 998.76 | 3/1/2039 |
| After Modification | 6/1/44 | 193,284.06 | 4.5% | 979.34 | 6/1/2044 |

**The modification results in a lower monthly principal and interest payment of approximately $20.00 monthly. The debtor does not anticipate increasing his plan payment. The adjusted mortgage payment was listed in the amended/modified plan which was filed with the court on or about March 31, 2015.**

6. Debtor further requests that the Court waive application of Federal Rule of Bankruptcy Procedure 6004(h) in the instant matter in order to facilitate the efficient closing on the loan modification of the Real Property.

WHEREFORE, the Debtor prays that this Court enter an Order:

1. That approves the loan modification of the Real Property with Select Portfolio Servicing;

2. That waives the application of Federal Rule of Bankruptcy Procedure 6004(h) in the instant matter;

3. That releases the Trustee from paying any further arrears claim to Select Portfolio Servicing; and

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted:
Eddie L. Torrence, Jr.

By: /s/ Pia J. North
Pia J. North, Esq., #29672
Attorney for Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA  23112
Phone:  (804) 739-3700
Fax:  (804) 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Eddie L. Torrence, Jr.　　　　　　　　　　　　Case No. 11-35116
12001 Old Buckingham Road　　　　　　　　　　　　Chapter 13
Midlothian, VA 23113　　　　　　　　　　　　　　　Trustee: Suzanne E. Wade
Last four digits of SSN: xxx-xx-6403

**NOTICE OF MOTION**

Pia J. North, attorney for **Eddie L. Torrence, Jr.** has filed a Motion for Mortgage Loan Modification after Confirmation pursuant with the Court. The loan modification will include the terms below or more favorable to the Debtor:

|  | **Effective Date** | **Principal Balance** | **Interest Rate** | **Monthly P&I Payment** | **Maturity Date of Loan** |
|---|---|---|---|---|---|
| Before Modification | 4/1/09 | 186,049.00 | 5.0% | 998.76 | 3/1/2039 |
| After Modification | 6/1/44 | 193,284.06 | 4.5% | 979.34 | 6/1/2044 |

**The modification results in a lower monthly principal and interest payment of approximately $20.00 monthly. The debtor does not anticipate increasing his plan payment. The adjusted mortgage payment was listed in the amended/modified plan which was filed with the court on or about March 31, 2015.**

<u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 days from April 6, 2015, you or your attorney must:

x　File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

　　　　　　　　Clerk of Court
　　　　　　　　United States Bankruptcy Court
　　　　　　　　701 E. Broad Street, Suite 4000
　　　　　　　　Richmond, VA  23219-3515

You must also mail a copy to:
　Pia J. North, Esquire　　　　　　　　Office of the U.S. Trustee
　5913 Harbour Park Drive　　　　　　701 East Broad Street, Suite 4304
　Midlothian, VA  23112　　　　　　　Richmond, VA  23219-3515
　Suzanne E. Wade
　P.O. Box 1780
　Richmond, VA  23218-1780

☐   Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☒   Attend the hearing on the motion (or objection) scheduled to be held on April 29, 2015 at 10:00am. at United States Bankruptcy Court, 701 E. Broad Street, Suite 5100, Richmond, VA 23219-3515.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  April 6, 2015                                                        /s/Pia J. North
                                                                                        Pia J. North
                                                                                        5913 Harbour Park Drive
                                                                                        Midlothian, VA  23112
                                                                                        (804) 739-3700

Certificate of Service

I hereby certify that I have on April 6, 2015, transmitted a true copy of the foregoing Notice and Motion for Mortgage Loan Modification after Confirmation electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  the Debtor; The Chapter 13 trustee; the United States trustee;  all parties having a lien against the property; and any creditor who has requested to receive all notices in the case if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                                                                        /s/Pia J. North
                                                                                        Pia J. North for Eddie L.  Torrence, Jr.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Eddie L. Torrence, Jr.  
12001 Old Buckingham Road  
Midlothian, VA 23113  
Last four digits of SSN: xxx-xx-6403

Case No. 11-35116  
Chapter 13  
Trustee: Suzanne E. Wade

### Summary of the Proposed Loan Modification

|  | Original Loan | Modified Loan |
|---|---|---|
| Principal Amount | $186,049.00 | $193,284.06 |
| Interest Rate | 5.0% | 4.5% |
| Term or Maturity Date | March 1, 2039 | June 1, 2044 |
| Monthly Payment | $998.76 | $979.34 |

☐ 2. The modified loan includes future payment changes or balloon payments. The terms of any such future payment changes or balloon payments are:

☐ 2. The modification results in a higher monthly payment.

■ 3. The modification results in a lower monthly payment. Choose one of the following:

☐ a. The amount of future plan payments will be increased

■ b. The amount of future plan payments will not be increased. The amended/modified plan reflects the adjusted mortgage payment which was filed on or around March 31, 2015.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 11-35116-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Apr  6 12:44:37 EDT 2015 | Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | National Capital Management, LLC<br>8245 Tournament Drive<br>Ste. 230<br>Memphis, TN 38125-1741 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | SUNTRUST MORTGAGE, INC.<br>suntrust mortgage,inc<br>BANKRUPTCY DEPT. RVW 3034<br>PO BOX 27767<br>RICHMOND, VA 23261-7767 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Brclysbankde<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |
| CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CIGPF I Corp<br>C/O NCO Financial Systems, Inc.<br>PO Box 4941<br>Trenton, NJ 08650-4941 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chesterfield County - PP Taxes<br>Richard A. Cordle, Treasurer<br>Post Office Box 26585<br>Richmond, VA 23261-6585 | Comcast Cable<br>6510 Ironbridge Road<br>Richmond, VA 23234-5263 |
| Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Acceptance Corporation<br>25505 W. 12 Mile Rd.<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA 23606-4207 | Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | GE Money<br>P. O. Box 103104<br>Roswell, GA 30076-9104 |
| GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Gemb/Ge Money Bank Low<br>Po Box 103065<br>Roswell, GA 30076 | HSBC Bank ATTENTION Bankruptcy<br>P.O. 5263<br>Carol Stream, IL 60197-5263 |
| Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Michael P.Chabrow<br>12 South Summit Avenue<br>Suite 250<br>Gaithersburg, MD 20877-2092 |

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Nca<br>P.O. Box 550 327 West Fourth St<br>Hutchinson, KS 67504-0550 | North & Associates, PC<br>Pia J. North<br>5913 Harbour Park Drive<br>Midlothian, VA 23112-2163 | QVC, Inc.<br>Customer Service<br>1200 Wilson Drive at Studiopar<br>West Chester, PA 19380-4267 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rosario Washington<br>101 Oak Glen Street<br>Richmond, VA 23225-6836 | Security Credit Servic<br>2653 W Oxford Loop<br>Oxford, MS 38655-5442 |
| Select Portfolio Servicing, Inc<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | Sst/Cigpf1c<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 | SunTrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br>P.O. Box 27767<br>Richmond, VA 23261-7767 |
| Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target N.B.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Treasurer Chesterfield County<br>Attn: Laura Saxon<br>PO Box 70<br>Chesterfield VA 23832-0906 | Union 1st Market Bank<br>Po Box 446<br>Bowling Green, VA 22427-0446 | Verizon<br>PO BOX 3037<br>Bloomington, IL 61702-3037 |
| Verizon - Bankruptcy Dept<br>P.O. Box 3397<br>Wilmington, IL 61702-3397 | Verizon Virginia Inc<br>500 Technology Dr<br>Weldon Spring, MO 63304-2225 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 |
| Wells Fargo Dealer Services, Inc.<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wfds/Wds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Eddie L. Torrence Jr.<br>12001 Old Buckingham Road<br>Midlothian, VA 23113-2731 |
| Pia J. North<br>North Law<br>5913 Harbour Park Drive<br>Midlothian, VA 23112-2163 | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dominion Virginia Power
Attn: System Credit
Post Office Box 26666
Richmond, VA 23261

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DLJ Mortgage Capital, Inc. c/o Select Port

(u)SELECT PORTFOLIO SERVICING, INC. AS SERVIC

(u)Select Portfolio Servicing, Inc

(u)SunTrust Mortgage, Inc.

(d)National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(d)eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

End of Label Matrix
Mailable recipients    55
Bypassed recipients     7
Total                  62